CLARK HILL LLP
Myriah Jaworski (SBN 336898)
mjaworski@clarkhill.com
One America Plaza
600 West Broadway, Suite 500
San Diego, CA 92101
Telephone: (619) 557-0404
Facsimile: (619) 557-0460

Attorneys for Defendants 1 HOTEL WEST HOLLYWOOD, L.L.C.; SH GROUP OPERATIONS, L.L.C.; SH GROUP GLOBAL IP HOLDINGS, L.L.C.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUNNY KHACHATRYAN, AN INDIVIDUAL; TATEVIK KHACHATRYAN, AN INDIVIDUAL; BRAVE ANGELO JOHNSON, A MINOR; AND ISABELLA MURRAY, A MINOR,<br><br>Plaintiff,<br><br>v.<br><br>1 HOTEL WEST HOLLYWOOD, L.L.C.; SH GROUP OPERATIONS, L.L.C.; SH GROUP GLOBAL IP HOLDINGS, L.L.C; AND DOES 1 THROUGH 70, INCLUSIVE,<br><br>Defendant. | Case No. 2:23-cv-10829-ODW-E<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Judge: Judge Otis D. Wright, II<br>Trial Date: None<br>Complaint Served: January 8, 2024<br>Current Response Date: January 29, 2024<br>New Response Date: February 12, 2024 |

Pursuant to Local Rule 8-3, Plaintiffs SUNNY KHACHATRYAN, TATEVIK KHACHATRYAN, BRAVE ANGELO JOHNSON AND ISABELLA MURRAY (hereafter "Plaintiffs") and Defendants 1 HOTEL WEST HOLLYWOOD, L.L.C., SH GROUP OPERATIONS, L.L.C., and SH GROUP GLOBAL IP HOLDINGS, L.L.C, (hereafter "Defendants"), by and through their counsel of record, stipulate that the time in which Defendants are required to respond to Plaintiffs' Complaint is extended from January 29, 2024, up to and

including **February 12, 2024.**

Dated: January 19, 2024          CLARK HILL LLP

By:     /s/ Myriah V. Jaworski
Myriah V. Jaworski
Attorneys for Defendants 1 HOTEL WEST HOLLYWOOD, L.L.C.; SH GROUP OPERATIONS, L.L.C.; SH GROUP GLOBAL IP HOLDINGS, L.L.C.

Dated: January 19, 2024          Tarter Krinsky and Drogin, LLP

By:     /s/ Tyler R. Dowdall
Tyler R. Dowdall
Attorneys for Plaintiffs SUNNY KHACHATRYAN, TATEVIK KHACHATRYAN, BRAVE ANGELO JOHNSON AND ISABELLA MURRAY