CLARK HILL PLC
Myriah V. Jaworski, Esq. (SBN 336898)
mjaworski@clarkhill.com
One America Plaza
600 West Broadway, Suite 500
San Diego, CA 92101
Telephone:  (619) 557-0404
Facsimile:   (619) 557-0460

Attorneys for Defendant 1 HOTEL WEST HOLLYWOOD, L.L.C.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUNNY KHACHATRYAN, AN INDIVIDUAL; TATEVIK KHACHATRYAN, AN INDIVIDUAL; B.A.J., A MINOR; AND I.M., A MINOR,<br><br>Plaintiffs,<br><br>v.<br><br>1 HOTEL WEST HOLLYWOOD, L.L.C.,<br><br>Defendant. | Case No. 2:23-cv-10829<br><br>**NOTICE OF MOTION AND MOTION TO COMPEL PLAINTIFFS' DISCOVERY RESPONSES AND THE DEPOSITION OF PLAINTIFF SUNNY KHACHATRYAN**<br><br>Discovery Cut-Off: 11/25/2024<br>Pre-Trial Conference: 4/7/2025<br>Trial: 4/29/2025<br>Hearing Date: 9/13/2024<br>Time: 9:30 a.m. |

**TO THE HONORABLE COURT, ALL PATIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on September 13, 2024 at 9:30 a.m., or as soon thereafter as the matter may be heard in the above-mentioned Court located at 255 East Temple Street, Los Angeles, CA 90012, Defendant 1 Hotel West Hollywood, LLC ("1 Hotel") will and hereby does respectfully move for an order to compel Plaintiffs to provide: (1) proper Rule 26 damages calculation; (2) substantive responses to all interrogatories; (3) all documents responsive to 1 Hotel's requests

for production, and (4) Sunny Khachatryan to sit for a discovery deposition. This motion is necessary because after discovery was served and extensive meet and confer requests were ignored, Plaintiffs have failed to produce highly relevant documents and information. 1 Hotel seeks an order compelling Plaintiff to meet her discovery obligations.

1 Hotel made multiple attempts to meet and confer prior to the filing of this motion pursuant to C.D. Cal. Local Rule 37-1 and Fed. R. Civ. P. 37 and as set forth in the Declaration of Myriah V. Jaworski, filed contemporaneously herewith, but Plaintiffs never met with 1 Hotel. Plaintiffs have not produced documents or answered interrogatories relevant to their claims and 1 Hotel's defenses.

This Motion is based upon this Notice of Motion, the Memorandum in Support of this Motion, the Declaration of Myriah V. Jaworski, all pleadings and papers on file in this action, and upon such other evidence and argument as may be presented to the Court at the time of the hearing.

Dated:  August 19, 2024              CLARK HILL PLC

                                     By: *s/ Myriah V. Jaworski*
                                         Myriah V. Jaworski

                                     Attorneys for Defendant 1 HOTEL WEST HOLLYWOOD, L.L.C.