1  CLARK HILL PLC
2  Myriah V. Jaworski, Esq. (SBN 336898)
   mjaworski@clarkhill.com
3  One America Plaza
   600 West Broadway, Suite 500
4  San Diego, CA 92101
   Telephone: (619) 557-0404
5  Facsimile: (619) 557-0460

6  Attorneys for Defendant 1 HOTEL WEST
   HOLLYWOOD, L.L.C.
7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUNNY KHACHATRYAN, AN INDIVIDUAL; TATEVIK KHACHATRYAN, AN INDIVIDUAL; B.A.J., A MINOR; AND I.M., A MINOR,<br><br>Plaintiffs,<br><br>v.<br><br>1 HOTEL WEST HOLLYWOOD, L.L.C.,<br><br>Defendant. | Case No. 2:23-cv-10829<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO COMPEL PLAINTIFFS' DISCOVERY RESPONSES AND THE DEPOSITION OF PLAINTIFF SUNNY KHACHATRYAN**<br><br>Discovery Cut-Off: 11/25/2024<br>Pre-Trial Conference: 4/7/2025<br>Trial: 4/29/2025<br>Hearing Date: 9/13/2024<br>Time: 9:30 a.m. |

### [PROPOSED] ORDER

Defendant 1 HOTEL WEST HOLLYWOOD, L.L.C. ("Defendant" or "1 Hotel") Motion to Compel Plaintiffs' Discovery Responses and the Deposition of Plaintiff Sunny Khachatryan, (the "Motion") came on for hearing before this Court on September 13, 2024 at 9:30 a.m., or as set by the Court, in Courtroom 750 or by Zoom or telephone conference as ordered by the Court. After full consideration of the matter, this Court finds good cause to grant the Motion and ORDERS as follows:

1. Within 7 days of this ORDER, Plaintiffs must provide proper Fed. R. Civ. P. 26(a)(1)(A)(iii) damages calculations;

2. Within 14 days of this ORDER, Plaintiffs must provide substantive responses, under oath, to each and every interrogatory (Interrog. Nos. 1-18);

3. Within 14 days of this ORDER, Plaintiffs must search for and produce all relevant documents responsive to all outstanding requests for production (RFP Nos. 1-13);

4. Plaintiff Sunny Khachatryan must appear for a discovery deposition within 30 days of compliance with (1)-(3) above; and

5. 1 Hotel is granted its reasonable expenses and attorneys' fees in bringing this Motion under Fed. R. Civ. P. 37(a)(5)(A).

IT IS SO ORDERED.

Dated: _____    _____

                                                Hon. Charles F. Eick
                                                Magistrate Judge of the United States District Court