UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| Case No. | CV 23-10829 ODW (Ex) | Date | August 20, 2024 |
|---|---|---|---|
| Title | SUNNY KHACHATRYAN, et al. v. 1 HOTEL WEST HOLLYWOOD LLC | | |

Present: The Honorable  Charles F. Eick, United States Magistrate Judge

| Valencia Munroe | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Tape No. |

**Attorneys Present for Plaintiffs:**  
None

**Attorneys Present for Defendants:**  
None

**Proceedings:**   (IN CHAMBERS)

Defendant filed a "Motion to Compel etc.," on August 19, 2024, pursuant to Local Rule 37-2.4. Therefore, Local Rule 6.1 applies and no less than 28 days notice of the hearing is required. Therefore, the hearing is continued from September 13, 2024, to September 20, 2024.

cc:   Judge Wright
      All Counsel of Record

Initials of Deputy Clerk  VMUN