TYLER R. DOWDALL, State Bar No. 258950
*tdowdall@tarterkrinsky.com*
RENATA A. GUIDRY, State Bar No. 227713
*rguidry@tarterkrinsky.com*
**TARTER KRINSKY & DROGIN LLP**
2029 Century Park East, Suite 400N
Los Angeles, California 90067
Telephone:   (424) 330-8580
Facsimile:    (315) 512-1465

ELIEZER LEKHT *(admitted pro hac vice)*
*elekht@tarterkrinsky.com*
**TARTER KRINSKY & DROGIN LLP**
1350 Broadway
New York, New York 10018
Telephone: (212) 574-0350
Facsimile: (212) 216-8001

*Attorneys for Plaintiffs* Sunny Khachatryan, Tatevik Khachatryan, B.A.J. and I.M.

*(Defendant's counsel listed on following page)*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUNNY KHACHATRYAN, an individual; TATEVIK KHACHATRYAN, an individual; B.A.J. a minor; and I.M., a minor,<br><br>Plaintiffs,<br><br>vs.<br><br>1 HOTEL WEST HOLLYWOOD, L.L.C.<br><br>Defendant. | CASE NO. 2:23-cv-10829-ODW-E<br><br>**JOINT NOTICE OF SETTLEMENT OF ENTIRE CASE AND REQUEST FOR ALL DATES AND DEADLINES BE ADJOURNED**<br><br>District Judge: Hon. Otis D, Wright II<br>Magistrate Judge: Hon. Charles F. Eick<br><br>Complaint Filed: December 27, 2023<br>Discovery Cut-Off: January 13, 2025<br>Pre-Trial Conference: June 9, 2025<br>Jury Trial: July 1, 2025 |

1

*JOINT NOTICE OF SETTLEMENT OF ENTIRE CASE AND REQUEST FOR ALL DATES AND DEADLINES BE ADJOURNED*

Case No. 2:23-cv-10829-ODW-E

**CLARK HILL LLP**
Myriah V. Jaworski (SBN336898)
*mjaworski@clarkhill.com*
One America Plaza
600 West Broadway, Suite 500
San Diego, CA 92101
Telephone: (619) 557-0404
Facsimile: (619) 557-0460

Attorneys for Defendant 1 HOTEL WEST HOLLYWOOD, L.L.C.

TARTER KRINSKY & DROGIN LLP
2029 CENTURY PARK EAST, SUITE 400N
LOS ANGELES, CALIFORNIA 90067
TELEPHONE (424) 330-8580 • FACSIMILE (315) 512-1465

**TO THE COURT, PARTIES, AND THEIR COUNSEL OF RECORD:**

Plaintiffs Sunny Khachatryan ("S. Khachatryan"), Tatevik Khachatryan ("T. Khachatryan"), B.A.J., a minor ("B.A.J."), and I.M., a minor ("I.M", collectively with S. Khachatryan, T. Khachatryan, and B.A.J., known as the "Plaintiffs") and Defendant 1 HOTEL WEST HOLLYWOOD, L.L.C. ("Defendant", collectively with Plaintiffs known as the "Parties") wish to inform the Court that they reached a settlement in principle and are working on settlement documentation. The Parties anticipate that the Settlement Agreement will be fully executed in early January and that a Petition to Approve Minor's Compromise will be filed shortly thereafter.

The Parties request that all dates and deadlines be adjourned pending documentation of the Settlement Agreement and the preparation of a Petition to Approve Minor's Compromise.

(*Signatures on following page*)

DATED: December 23, 2024  **TARTER KRINSKY & DROGIN LLP**

By: */s/ Tyler R. Dowdall*
Tyler R. Dowdall, State Bar No. 258950
*tdowdall@tarterkrinsky.com*
Renata A. Guidry, State Bar No. 227713
*rguidry@tarterkrinsky.com*
**TARTER KRINSKY & DROGIN LLP**
2029 Century Park East, Suite 400N
Los Angeles, California 90067
Telephone: (424) 330-8580
Facsimile: (315) 512-1465

Eliezer Lekht (admitted *pro hac vice*)
*elekht@tarterkrinsky.com*
**TARTER KRINSKY & DROGIN LLP**
1350 Broadway
New York, New York 10018
Telephone: (212) 574-0350
Facsimile: (212) 216-8001

*Attorneys for Plaintiffs* Sunny Khachatryan, Tatevik Khachatryan, B.A.J. and I.M.

DATED: December 23, 2024  **CLARK HILL LLP**

By: */s/ Myriah V. Jaworski*
**CLARK HILL LLP**
Myriah V. Jaworski (SBN336898)
*mjaworski@clarkhill.com*
One America Plaza
600 West Broadway, Suite 500
San Diego, CA 92101
Telephone: (619) 557-0404
Facsimile: (619) 557-0460

*Attorneys for Defendant* 1 HOTEL WEST HOLLYWOOD, L.L.C.

**ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4(2)(i)**

I, Tyler R. Dowdall, am the ECF User whose identification and password are being used to file this JOINT NOTICE OF SETTLEMENT OF ENTIRE CASE AND REQUEST FOR ALL DATES AND DEADLINES BE ADJOURNED. In compliance with 5-4.3.4(2)(i), I hereby attest that all signatories have concurred in this filing.

DATED: December 23, 2024

By: */s/ Tyler R. Dowdall*
TYLER R. DOWDALL (SBN 258950)

**CERTIFICATE OF SERVICE**

I hereby certify that on December 23, 2024, I electronically filed the above document(s) with the Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to all registered counsel.

Dated: December 23, 2024          */s/ Tyler R. Dowdall*
                                 Tyler R. Dowdall